**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. 08-6307M |
| Plaintiff, | **ORDER** |
| v. | |
| Juventino Rigoberto Matias-Martinez, | |
| Defendant. | |

Upon motion of the United States, and good cause appearing,

**IT IS ORDERED** vacating the change-of-plea hearing set for November 20, 2008 at 2:30 p.m.

DATED this 3rd day of November, 2008.

Lawrence O. Anderson
United States Magistrate Judge